UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 16-20460 |
| Plaintiff, | HON. MARK A. GOLDSMITH |
| v. | |
| D-1 EDWIN MILLS, | |
| Defendant. | |
| _____ / | |

**ORDER GRANTING LEAVE TO FILE**
**EXHIBITS IN THE TRADITIONAL MANNER**

Upon the Court's consideration of the government's Ex Parte Motion for Leave to File Exhibits in the Traditional Manner, leave to file exhibits in the traditional manner is hereby GRANTED.

SO ORDERED.

Dated: August 28, 2019          s/Mark A. Goldsmith
       Detroit, Michigan                MARK A. GOLDSMITH
                                                     United States District Judge