UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 16-20460 |
| Plaintiff, | HON. MARK A. GOLDSMITH |
| v. | |
| D-1 EDWIN MILLS,<br>D-2 CARLO WILSON, | |
| Defendants.<br>_____/ | |

## NOTICE OF WITHDRAWAL OF
## INTENT TO SEEK THE DEATH PENALTY (ECF No. 293)

The United States of America, by its attorneys, Saima S. Mohsin, Acting United States Attorney, Robert A. Moran and Andrew R. Picek, Assistant United States Attorneys, hereby withdraws the death penalty notice (ECF No. 293, PgID.1357-66), and informs the Court and the defendants that it will not seek the death penalty against Edwin Mills and Carlo Wilson. Thus, if Edwin Mills and Carlo Wilson are convicted of any death-eligible counts alleged in the Second Superseding Indictment or alleged in any previously filed indictments, the government will not seek the penalty of death for defendants Edwin Mills and Carlo Wilson.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*s/ Robert A. Moran*
Robert A. Moran   P46346
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9553
Robert.Moran@usdoj.gov


*s/ Andrew R. Picek*
Andrew R. Picek   OH0082121
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9652
Andrew.Picek@usdoj.gov


Dated: October 28, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

*s/ Robert A. Moran*
Robert A. Moran   P46346
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9553
Robert.Moran@usdoj.gov